## CHARLIE SANTIAGO *v.* STATE OF CONNECTICUT

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 64 Conn. App. 67 (AC 20127), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in support of the petition.

*Suzanne Zitser,* assistant public defender, in opposition.

Decided September 20, 2001

## RICHARD DEL TORO *v.* CITY OF STAMFORD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 64 Conn. App. 1 (AC 20207), is denied.

*James L. Sullivan,* in support of the petition.

*Gary J. Wilson,* in opposition.

Decided September 20, 2001

## STATE OF CONNECTICUT *v.* ELIGIO DELGADO

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 312 (AC 20155), is granted, limited to the following issue: